IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CASE NO. 4:06CR00211-02 JLH |
| | ) | |
| ROBERT J. COLEE | ) | |

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety.

Defendant's "Motion to Challenge the Venue Jurisdiction in the Subject Indictment" (DE #41), is hereby denied.

SO ORDERED this 8th day of September, 2008.

*J. Leon Holmes*
UNITED STATES DISTRICT JUDGE